IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| In re: | ) | |
|---|---|---|
| | ) | |
| ADVOCACY AND RESOURCES CORPORATION, | ) ) | |
| | ) | Case No. 06-3067 |
| Debtor. | **)** | Chapter 11 |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bank. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete Mailing address, including zip code, of Employee, agent, or department of creditor Familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim (if secured also state value of security)* |
|---|---|---|---|---|
| OWENSBORO GRAIN<br>Attention: Jeff Erb<br>Post Office Box 1787<br>Owensboro, KY 42302-1787 | Telephone: (270) 926-2032<br>Facsimile: (270) 686-6505 | | | 2,890,125.31 |
| NISH<br>Attention: Denise Lewis<br>Post Office Box 79424<br>Baltimore, MD 21279-0424 | Telephone: (571) 226-4631<br>Facsimile: (866) 696-1815 | | | 1,491,350.55 |
| CENTRAL CAN<br>Attention: Frank Nanina<br>Slot 303255<br>Post Office Box 66973<br>Chicago, IL 60666-0973 | Telephone: (773) 254-8700<br>Facsimile: (773) 254-9127 | | | 495,706.78 |
| LAKELAND ELECTRIC, INC.<br>Attention: Terry Kendall<br>1560 Brown Avenue<br>Post Office Box 809<br>Cookeville, TN 38503 | Telephone: (931) 526-7216<br>Facsimile: (931) 526-9408 | | | 219,187.52 |

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete Mailing address, including zip code, of Employee, agent, or department of creditor Familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| JOHN R. WHITE COMPANY, INC.<br>Attention: Donnie Patton<br>Post Office Box 10043<br>Birmingham, AL 35202 | Telephone: (205) 595-8381<br>Facsimile: (205) 595-8386 | | | 199,743.12 |
| CUMBERLAND CONTAINER, INC.<br>Attention: Amy Kirby<br>Post Office Box 250<br>1027 North Chestnut Street<br>Monterey, TN 38574 | Telephone: (931) 839-2227<br>Facsimile: (931) 839-3971 | | | 186,061.33 |
| CARGILL SWEETENERS<br>Attention: Lynda McFadgon<br>Post Office Box 198323<br>Atlanta, GA 30384-8323 | Telephone: (800) 321-1284<br>Facsimile: (901) 775-5931 | | | 150,164.00 |
| NUTRIOM, LLC<br>Attention: Rodrigo Etcheto<br>3145 Hogum Bay Road NE<br>Lacey, WA 98516 | Telephone: (360) 413-7269<br>Facsimile: (360) 413-7288 | | | 141,466.94 |
| LEWIS DURM<br>Attention: Danny Elmore<br>1722 West Broad, Suite 7<br>Cookeville, TN 38501 | Telephone: (931) 520-0005<br>Facsimile: (931) 520-0160 | | | 134,918.30 |
| SIGNATURE WORKS DIVISION<br>Attention: Laura Fonner<br>Post Office Box 13629<br>Durham, NC 277709 | Telephone: (601) 894-1771<br>Facsimile: (601) 894-2993 | | | 108,482.01 |
| AMERIQUAL<br>Attention: Karson Kollker<br>225 West Morgan Avenue<br>Evansville, IN 47710 | Telephone: (812) 421-4876<br>Facsimile: (812) 421-4877 | | | 93,124.06 |
| WISE STAFFING SERVICES, INC.<br>Attention: Tonya<br>432 Magazine Street<br>Tupelo, MS 38804 | Telephone: (931) 520-6005<br>Facsimile: (931) 525-6380 | | | 91,958.03 |
| JTM FOOD GROUP<br>Attention: Denise Sellet<br>Post Office Box 711134<br>Cincinnati, OH 45271-1134 | Telephone: (800) 626-2308<br>Facsimile: (513) 367-1132 | | | 85,650.14 |
| INSTITUTIONAL WHOLESALE<br>Attention: Danny Maxwell<br>Post Office Box 458<br>Cookeville, TN 38503 | Telephone: (931) 537-4000<br>Facsimile: (931) 537-4017 | | | 81,656.66 |

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete Mailing address, including zip code, of Employee, agent, or department of creditor Familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| MCRAE-DURM PROPERTIES<br>Attention: Danny Elmore<br>1722 West Broad, Suite 7<br>Cookeville, TN 38501 | Telephone: (931) 520-0005<br>Facsimile: (931) 520-0160 | | | 72,618.00 |
| DIRECT BILL SERVICES<br>Post Office Box 7247-0324<br>Philadelphia, PA 19700-327 | Telephone: (800) 828-2718<br>Facsimile: (201) 631-5497 | | | 68,184.45 |
| COLUMBUS FOODS COMPANY<br>Attention: Francois Lasalle<br>Post Office Box 97282<br>730 Albany<br>Chicago, IL 60612 | Telephone: (773) 265-6500<br>Facsimile: (773) 265-6985 | | | 62,258.40 |
| BRENNTAG MID-SOUTH, INC.<br>Attention: Wanda Crist<br>3796 Reliable Park<br>Chicago, IL 60686 | Telephone: (615) 350-8090<br>Facsimile: (270) 826-1486 | | | 58,673.22 |
| HORIZON MILLING<br>Attention: Theresa Becker<br>Post Office Box 198323<br>Atlanta, Georgia 30384-8323 | Telephone: (888) 423-9760<br>Facsimile: (952) 742-7934 | | | 56,955.09 |
| AMERICAN FLANGE & MFG. CO. INC.<br>Attention: Mike Wlezen<br>Post Office Box 88904<br>Chicago, IL 60695-1904 | Telephone: (630) 260-8635<br>Facsimile: (630) 665-7720 | | | 56,740.00 |

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: June 20, 2006              /s/ Kevin Crumbo_____
                                 Interim Manager of Debtor