IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ADVOCACY & RESOURCES CORP., | ) | Case No. 06-03067 |
| DEVELOPMENT OPPORTUNITIES, INC., | ) | Consolidated Cases |
| | ) | |
| | ) | |
| DEBTOR. | ) | |

## FINAL DECREE

UPON the filing of the Final Trustee's Report, Final Accounting and Request to Close Case ("Motion") filed by Michael E. Collins, Trustee, on August 1, 2012; and it appearing to the Court that the Plan has been substantially consummated and the case is fully administered for purposes of closing the case, it is therefore

ORDERED that Michael E. Collins is hereby discharged as Trustee of the Estate of the above-named Debtor and the bond is cancelled; and it is further

ORDERED that the closing of the above-referenced case has no impact on the duties of the Plan Trustee pursuant to the Trustee's Second Amended Plan of Reorganization; and it is further

ORDERED the Chapter 11 case of the above-named Debtor is hereby closed.

SO ORDERED.

Respectfully Submitted by:

MANIER & HEROD, P.C.

By: /s/ Michael E. Collins
Michael E. Collins (#16036)
Suite 2200, One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219-2494
Telephone: 615-244-0030
Fax: 615-242-4203
mcollins@manierherod.com

Counsel for Chapter 11 Trustee